**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| **SBO PICTURES, INC.,** | * |
| Plaintiff, | * |
| v. | * Case No.: RWT 12cv22 |
| **DOE #30,** | * |
| Defendant. | * |

## MEMORANDUM OPINION AND ORDER

Upon consideration of Plaintiff's Motion for Discovery, Doc. No. 20, it is this 6th day of August, 2012, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiff's Motion for Discovery, Doc. No. 20, is **DENIED**; and it is further

**ORDERED**, that the ISP **SHALL NOT PRODUCE** Doe #30's subscriber information until this Court has decided Doe #30's Motion to Quash; and it is further

**ORDERED**, that the Clerk shall mail a copy of this Order to Doe #30.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE